# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **FOUNDERS INSURANCE COMPANY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 3-10-0493 |
| | ) |
| **JC'S BULLSEYE SPORTS BAR,** | ) |
| **INC., ADRIAN THOMPSON and** | ) |
| **BRANDON FAIRCLOTH,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT, BRANDON FAIRCLOTH'S INITIAL RULE 26(a) DISCLOSURE

Defendant, Brandon Faircloth, through counsel and pursuant to the Federal Rules of Civil Procedure, makes the following disclosure:

1. Defendant Faircloth intends to call any witnesses designated by Plaintiff and Defendant Thompson.

2. Defendant Faircloth incorporates all disclosures as made by Plaintiff and Defendant Thompson.

Respectfully submitted,

**JAMES R. OMER & ASSOC., PLLC**

  /s/ Terrance E. McNabb
**TERRANCE E. McNABB #2592**
Attorney for Brandon Franklin
101 Church Street, Suite 400
Nashville, TN  37201
615/255-5555

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument has been provided to the following on this the 11th day of October 2010 by electronic communication through the court's electronic communications:

Glen Funk, Esq.
117 Union Street
Nashville, TN 37201-1301

John Thomas Feeney, Esq.
FEENEY & MURRAY, P.C.
P. O. Box 198685
Nashville, TN 37219

Dan Alexander, Esq.
2016 8th Avenue South
Nashville, TN 37204

                                            /s/ Terrance E. McNabb
                                            **TERRANCE E. McNABB**