IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FOUNDERS INSURANCE COMPANY, )
)
    Plaintiff, )
)
v. ) Civil Action Number: 3:10-0493
) JUDGE CAMPBELL
JC'S BULLSEYE SPORTS BAR, INC., )
ADRIAN THOMPSON, and )
BRANDON FAIRCLOTH, )
)
    Defendants. )

## MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff, Founders Insurance Company, by and through counsel, pursuant to Rule 57 of the Federal Rules of Civil Procedure, and moves this Honorable Court to grant summary judgment in its favor. In support of its Motion, the Plaintiff relies upon the Statement of Undisputed Facts and Memorandum of Law filed herewith.

Respectfully submitted,

FEENEY & MURRAY, P.C.

By: _____
John Thomas Feeney
BPRN 11482
Attorneys for Plaintiff
P.O. Box 198685
Nashville, Tennessee 37219-8685
(615) 242-3700

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded, **via U.S. Mail, postage prepaid**, to:

>Terrence E. McNabb, Esq.
>101 Church Street, Suite 400
>Nashville, Tennessee 37201
>
>Dan R. Alexander, Esq.
>2016 8th Avenue South
>Nashville, Tennessee 37204

This the 27th day of December, 2010.

*/s/ John Thomas Feeney*
**John Thomas Feeney**

2