IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FOUNDERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 3-10-0493 |
| ) | |
| JC'S BULLSEYE SPORTS BAR, INC., ) | |
| ADRIAN THOMPSON, AND ) | |
| BRANDON FAIRCLOTH, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Comes the Plaintiff, through counsel, and advises the underlying state court litigation has been resolved. For that reason, plaintiff requests this matter be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

**FEENEY & MURRAY, P.C.**

By: **/s/ John Thomas Feeney**
**John Thomas Feeney**
BPRN 11482
Attorneys for Plaintiff
P.O. Box 198685
Nashville, Tennessee 37219-8685
(615) 242-3700

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded, **via electronic mail,** to:

> Terrence E. McNabb, Esq.
> 101 Church Street, Suite 400
> Nashville, Tennessee 37201
>
> Dan R. Alexander, Esq.
> 2016 8th Avenue South
> Nashville, Tennessee 37204

This the 8th day of September, 2011.

 /s/ John Thomas Feeney
_____John Thomas Feeney