IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FOUNDERS INSURANCE CO().            )
                                    )
v.                                  ) NO. 3-10-0493
                                    ) JUDGE CAMPBELL
JC'S BULLSEYE SPORTS BAR INC.,      )
et al.                              )

ORDER

Pending before the Court is Plaintiff's Motion for Voluntary Dismissal (Docket No. 45). The Motion is GRANTED, and this action (which is already closed administratively pursuant to Docket No. 43) is DISMISSED. The Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE