UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FOUNDERS INSURANCE CO. ) | |
| ) | |
| v. ) | NO. 3:10cv0493 |
| ) | JUDGE CAMPBELL |
| JC'S BULLSEYE SPORTS BAR INC., et al. ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/9/2011.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk